Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

Homero Velasquez Saabedra
125 Marin Place
Woodland, CA. 95695
            Plaintiff,

vs.

HSBC Mortgage Services
PO Box 60039
City of Industry, CA. 91716-0139
            Defendant.

CASE NO. CV 08 0233

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Homero Velasquez Saabedra, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0__   Net: __0__ (Laid off.)

Employer: Teichert Construction Co. -
2427 Countrywide 100A, Davis, CA 95616

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____ ⦻ _____
3 | _____
4 | _____
5 | 2.  Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |   a.  Business, Profession or                    Yes ___ No _X_
8 |       self employment?
9 |   b.  Income from stocks, bonds,                 Yes ___ No _X_
10 |      or royalties?
11 |  c.  Rent payments?                             Yes ___ No _X_
12 |  d.  Pensions, annuities, or                    Yes ___ No _X_
13 |      life insurance payments?
14 |  e.  Federal or State welfare payments,         Yes ___ No _X_
15 |      Social Security or other govern-
16 |      ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.  Are you married?                            Yes _X_ No ___
22 | Spouse's Full Name: __Elvira Velasquez__
23 | Spouse's Place of Employment: __Dollar World__
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ __1386.66__     Net $ __1144.—__
26 | 4.  a.  List amount you contribute to your spouse's support:$ __1144.—__
27 |     b.  List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  M 17, D 16, K 6, all support accor-
3  ding to their needs as food, clothing etc..
4  5.  Do you own or are you buying a home?    Yes X  No ___
5  Estimated Market Value: $ 320,000.-  Amount of Mortgage: $ 2,600.-
6  6.  Do you own an automobile?    Yes ___ No X
7  Make _____ Year _____ Model _____
8  Is it financed? Yes X  No ___ If so, Total due: $ 39,000.-
9  Monthly Payment: $ 660.-
10 7.  Do you have a bank account? Yes X  No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Washington Mutual
12 _____
13 Present balance(s): $ 50.00
14 Do you own any cash? Yes ✓ No ___ Amount: $ 35.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)    Yes ✓ No ___
17 Furniture $1,000.- Tools $500.-
18 8.  What are your monthly expenses?
19 Rent: $ —0—    Utilities: 145.-
20 Food: $ 700.-    Clothing: 50.-
21 Charge Accounts:
22 Name of Account          Monthly Payment              Total Owed on This Account
23 Aspire              $ 55.00 not paying at this    $ 1830.73
24 Bank of America     $ 375.-    ✓    time ✓     $ 5372.03
25 Chase               $ 46.-     ✓         ✓     $ 1704.99
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 Discover: balance 2693.77

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No _ _

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. This complaint is related to the property at 125 Marin Place, in Woodland, CA. 95695. There are Two Loans. one for Chase Home finance, Case # C07-05904 MJJ and This complaint for The second Lender, which is HSBC mortgage services

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/14/08                           /s/ Homero V Campos/

DATE                              SIGNATURE OF APPLICANT