Stuart M. Richter (Cal. State Bar No. 126231)
Ryan J. Larsen (Cal. State Bar No. 211622)
Gregory S. Korman (Cal. State Bar No. 216931)
Noah R. Balch (Cal. State Bar No. 248591)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
HSBC MORTGAGE SERVICES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUES SAABEDRA<br>Sramineus Homo, US Vessel<br><br>　　　　Libellant,<br><br>　　vs.<br><br>HSBC MORTGAGE SERVICES, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand<br><br>　　　　Libellees,<br>_____<br>Homero Velasques Saabedra<br>Lien Holder of the Vessel, the Real Party In Interest, Lawful Man<br>Injured Third Party Intervener/Petitioner/Libellant,<br><br>　　vs.<br><br>HSBC MORTGAGE SERVICES, U.S. Vessel DOES, ROES, and MOES 1-100 et al<br>US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br><br>Third Party Defendants/Libellees, | Case No.: CV 08 0233 SI<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[FRCP 7.1] |

**TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for defendant HSBC Mortgage Services Inc. certifies that the following listed party has or may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. HSBC Mortgage Services Inc. is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.) which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation.

Dated: February 6, 2008

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
Ryan J. Larsen
Gregory S. Korman
Noah R. Balch

By: _____
Ryan J. Larsen
Attorneys for defendants
HSBC MORTGAGE SERVICES INC.

1

NOTICE OF INTERESTED PARTIES

31419115_240245_00213

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012. On February 6, 2008, I served the within document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

I sent such document from facsimile machine 310.788.4471 on February 6, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X   BY U.S. MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Homero Velasques Saabedra
125 Main Place
Woodland, CA 95695

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

*/s/ CRYSTAL McCAREY*