1
2
3
4
5                  IN THE UNITED STATES DISTRICT COURT
6                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8   HOMERO VELASQUES SAABEDRA,                No. C 08-233 SI

9              Plaintiff,                     **ORDER DISMISSING CASE**

10       v.

11   HSBC MORTGAGE SERVICES, *et al.*,

12              Defendants.
                                        /
13

14          By order filed January 23, 2008, the Court granted plaintiff's application to proceed *in forma*

15   *pauperis* and dismissed the complaint with leave to amend.  The order stated that if plaintiff wished to

16   amend the complaint, he must do so by February 8, 2008.  Plaintiff did not file an amended complaint,

17   nor has plaintiff taken any action in this case since filing the original complaint.  Based on this record,

18   the Court finds it appropriate to dismiss this case for failure to prosecute.  Accordingly, the Court

19   DISMISSES this action WITHOUT LEAVE TO AMEND.  Defendant's motion to dismiss is DENIED

20   AS MOOT.  (Docket No. 5).

21

22       **IT IS SO ORDERED.**

23

24   Dated: March 4, 2008                      _____
                                              SUSAN ILLSTON
25                                             United States District Judge

26
27
28

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOMERO VELASQUES SAABEDRA et al,

Plaintiff,

v.

HSBC MORTGAGE SERVICES et al,

Defendant.

_____/

Case Number: CV08-00233 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sramineus Homo, US Vessel

,

Homero Velasques Saabedra
125 Marin Place
Woodland, CA 95695

Dated: March 10, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk