IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOMERO VELASQUES SAABEDRA,          No. C 08-233 SI

    Plaintiff,                                **JUDGMENT**

  v.

HSBC MORTGAGE SERVICES, *et al.*,

    Defendants.
                                          /

This action has been dismissed without leave to amend for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 4, 2008

                                                             SUSAN ILLSTON
                                                            United States District Judge